McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

JUN 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 06 MJ-159 |
| Plaintiff, | |
| v. | REQUEST TO UNSEAL COMPLAINT |
| JOHAN GAJSEK, | |
| Defendant. | |

The United States, through the undersigned Assistant United States Attorney, requests that this Court order the Complaint in the captioned action unsealed. The defendant has been arrested and will appear before the Court today for his initial appearance on this charge.

DATED: 6/14/06

McGREGOR W. SCOTT
United States Attorney

By *Mary L. Grad*
MARY L. GRAD
Assistant U.S. Attorney

SO ORDERED.

Dated: 6/14/06

*[signature]*
KIMBERLY J. MULLER
United States Magistrate Judge

1